## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LEE THOMPSON, | Civil No. 04-3046 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| MANITEX, INC., MANITOWOC OOM TRUCKS, INC., THE MANITOWOC COMPANY, QUANTUM HEAVY EQUIPMENT LLC, and QUANTUM VALUE PARTNERS LP, | |
| Defendant. | |

_____

Stuart Lee Goldenberg, **GOLDENBERG & JOHNSON PLLC**, 33 South Sixth Street, Suite 3540, Minneapolis, MN, 55402, for plaintiff.

Carrie A. Daniel and Lawrence R. King, **LARSON KING, LLP**, 30 East Seventh Street, Suite 2800, Saint Paul, MN, for defendants.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: June 29, 2006
at Minneapolis, Minnesota.

                                                                                                    s/John R. Tunheim
                                                                                                JOHN R. TUNHEIM
                                                                     United States District Judge